UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Watchtower Bible and Tract Society,

                              Plaintiffs,                        **ORDER**

        - against -                                   15 Civ. 4306 (CS)

International Nickel,

                              Defendant.
-----------------------------------------------------------X
Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

      SO ORDERED.

Dated: White Plains, New York
       December 2, 2016

                                                                *Cathy Seibel*
                                                              Cathy Seibel, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2016
```