| **FAX** TRANSMISSION | **STOCKLI SLEVIN & PETERS, LLP** 1826 Western Avenue  Albany, New York 12203 |
|---|---|

TRANSMISSION PROBLEMS PLEASE CALL: (518) 449-3125

| **FROM:** | Michael Peters, Esq. | | **DATE:** | 1/31/17 |
|---|---|---|---|---|
| **TEL:** | (518) 449-3125 | **PAGES:** 2 | **Re.: Watchtower Bible and Tract Society of New York, Inc. v. the International Nickel Company, Inc. et al.,** **Civil Action No. 15 CV 4306** | |

| **TO** | **COMPANY** | **FAX #** | **CONFIRMING TELEPHONE #** |
|---|---|---|---|
| Hon. Cathy Seibel | US District Court | (914) 390-4278 | |

THIS FACSIMILE TRANSMISSION CONTAINS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ON THE TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CALL US COLLECT IMMEDIATELY SO THAT WE CAN ARRANGE FOR RETURN OF THE DOCUMENTS TO US AT NO COST TO YOU. THANK YOU.

# STOCKLI SLEVIN & PETERS, LLP

ATTORNEYS AND COUNSELORS AT LAW

1826 WESTERN AVENUE
ALBANY • NEW YORK • 12203
TEL: (518) 449-3125
FAX: (518) 449-4798

MICHAEL W. PETERS
MPETERS@SSP-LEGAL.COM

January 31, 2017

**VIA FACSIMILE**

Hon. Cathy Seibel
U.S. District Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

      RE:    WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. V. THE INTERNATIONAL NICKEL COMPANY, INC. ET AL.,
CIVIL ACTION NO. 15 CV 4306

Dear Judge Seibel:

    As a follow-up to our letter dated December 30, 2016, the Parties wish to report to the Court on our settlement negotiations. As previously reported, the Parties have been actively involved in negotiating a few remaining material terms and have just now reached conceptual agreement on them. Some additional time is now required to incorporate those changes into our agreement and receive final client approvals for execution. We believe this can be accomplished within the next few weeks. Accordingly, we respectfully request that Your Honor amend the January 3, 2017 Order to provide until February 20, 2017 for the Parties to finalize and execute the written settlement agreement. Of course, counsel will make ourselves available should the Court wish to discuss this request.

    We appreciate the Court's consideration.

Respectfully Yours,

Michael W. Peters

The date set forth in Doc. 55 for restoration is hereby extended to 2/20/17.

SO ORDERED.

CATHY SEIBEL, U.S.D.J.

February 1, 2017

cc:    Daniel M. Krainin, Esq. (via email)
        Doreen Simmons, Esq. (via email)

{H2999194.1}