# FAX
TRANSMISSION

## STOCKLI SLEVIN & PETERS, LLP

1826 WESTERN AVENUE

ALBANY, NEW YORK 12203

TRANSMISSION PROBLEMS PLEASE CALL: (518) 449-3125

| FROM: | Michael Peters, Esq. | | DATE: | 2/20/17 |
|---|---|---|---|---|
| TEL: | (518) 449-3125 | PAGES: 2 | Re.: Watchtower Bible and Tract Society of New York, Inc. v. the International Nickel Company, Inc. et al., Civil Action No. 15 CV 4306 | |

| TO | COMPANY | FAX # | CONFIRMING TELEPHONE # |
|---|---|---|---|
| Hon. Cathy Seibel | US District Court | (914) 390-4278 | |

THIS FACSIMILE TRANSMISSION CONTAINS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ON THE TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CALL US COLLECT IMMEDIATELY SO THAT WE CAN ARRANGE FOR RETURN OF THE DOCUMENTS TO US AT NO COST TO YOU. THANK YOU.

# STOCKLI SLEVIN & PETERS, LLP

ATTORNEYS AND COUNSELORS AT LAW

1826 WESTERN AVENUE
ALBANY • NEW YORK • 12203
TEL: (518) 449-3125
FAX: (518) 449-4798

MICHAEL W. PETERS
MPETERS@SSP-LEGAL.COM

February 20, 2017

**VIA FACSIMILE**

Hon. Cathy Seibel
U.S. District Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

      RE:    WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. V. THE
                INTERNATIONAL NICKEL COMPANY, INC. ET AL.,
                CIVIL ACTION NO. 15 CV 4306

Dear Judge Seibel:

      This is to advise Your Honor that a final Settlement Agreement approved by counsel and their respective clients has been distributed for signature. The signature pages to the Settlement Agreement have been executed by some of the Parties, but because of the number of parties involved, multiple signatures are required. Accordingly, we respectfully request that Your Honor amend and extend the February 1, 2017 Order to permit the Parties one additional week (February 27, 2017) to obtain and exchange the fully original executed Settlement Agreement. Of course, counsel will make ourselves available should the Court wish to discuss this request.

      We appreciate the Court's continued consideration and thank Your Honor and Magistrate Judge Davison for assisting the Parties in reaching settlement of this matter.

Respectfully Yours,

Michael W. Peters

Application granted *nunc pro tunc.*

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

February 21, 2017

cc:    Hon. Paul E. Davison (via fax)
         Daniel M. Krainin, Esq. (via email)
         Doreen Simmons, Esq. (via email)

# FAX
TRANSMISSION

## STOCKLI SLEVIN & PETERS, LLP

1826 WESTERN AVENUE

ALBANY, NEW YORK 12203

TRANSMISSION PROBLEMS PLEASE CALL: (518) 449-3125

| FROM: | Michael Peters, Esq. | | DATE: | 2/20/17 |
|---|---|---|---|---|
| TEL: | (518) 449-3125 | PAGES: 2 | Re.: Watchtower Bible and Tract Society of New York, Inc. v. the International Nickel Company, Inc. et al., Civil Action No. 15 CV 4306 | |

| TO | COMPANY | FAX # | CONFIRMING TELEPHONE # |
|---|---|---|---|
| Hon. Paul E. Davison | US District Court | (914) 390-4256 | |

THIS FACSIMILE TRANSMISSION CONTAINS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ON THE TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CALL US COLLECT IMMEDIATELY SO THAT WE CAN ARRANGE FOR RETURN OF THE DOCUMENTS TO US AT NO COST TO YOU. THANK YOU.