# STOCKLI SLEVIN & PETERS, LLP

ATTORNEYS AND COUNSELORS AT LAW

1826 Western Avenue
Albany · New York · 12203
Tel: (518) 449-3125
Fax: (518) 449-4798

MICHAEL W. PETERS
MPETERS@SSP-LEGAL.COM

February 27, 2017

**VIA FACSIMILE**

Hon. Cathy Seibel
U.S. District Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

    RE: WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. V. THE
      INTERNATIONAL NICKEL COMPANY, INC. ET AL.,
      CIVIL ACTION NO. 15 CV 4306

Dear Judge Seibel:

  This is to advise Your Honor that all Parties have now executed their respective signature pages for the agreed-upon final Settlement Agreement and have consummated the settlement in this matter.

  Again, counsel and the Parties appreciate the Court's considerations and extensions of time to consummate the settlement, and thank Your Honor and Magistrate Judge Davison for assisting the Parties in reaching a resolution of this matter.

                Respectfully Yours,

                Michael W. Peters

cc: Magistrate Judge Paul Davison (via facsimile)
   Daniel M. Krainin, Esq. (via email)
   Doreen Simmons, Esq. (via email)

{H2999194.1}

# FAX
TRANSMISSION

## STOCKLI SLEVIN & PETERS, LLP

1826 WESTERN AVENUE

ALBANY, NEW YORK 12203

TRANSMISSION PROBLEMS PLEASE CALL: (518) 449-3125

| FROM: | Michael Peters, Esq. | | DATE: | 2/27/17 |
|---|---|---|---|---|
| TEL: | (518) 449-3125 | PAGES: 2 | Re.: Watchtower Bible and Tract Society of New York, Inc. v. the International Nickel Company, Inc. et al., Civil Action No. 15 CV 4306 | |

| TO | COMPANY | FAX # | CONFIRMING TELEPHONE # |
|---|---|---|---|
| Hon. Cathy Seibel | US District Court | (914) 390-4278 | |

THIS FACSIMILE TRANSMISSION CONTAINS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ON THE TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CALL US COLLECT IMMEDIATELY SO THAT WE CAN ARRANGE FOR RETURN OF THE DOCUMENTS TO US AT NO COST TO YOU. THANK YOU.